ACCEPTED
12-14-00045-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/27/2015 10:11:46 AM
CATHY LUSK
CLERK

# Danna Kirk Mayhall
## Attorney at Law



2116 Cedar Lane
Athens, Texas 75751
Email: dkmlaw93@gmail.com

Telephone: (903) 675-4529
Cell Phone: (903) 288-2223
Facsimile: (903) 642-0051

July 27, 2015

*Certified Mail #  7007 2560 0000 4631 9053*

Timothy Dale Wood, TDCJ #01909950
Travis Jail
8101 FM 969
Austin, TX 78724

      Re:    SOT vs. Timothy Wood;
             Cause No. 12-14-00045-CR

Dear Mr. Wood:

    Enclosed please find the *Memorandum Opinion* and the *Judgement* in reference to the above cause.

    If you have any questions or need any additional information, please feel free to contact our office.

                Cordially Yours,

                Tara Lynn Hogg

:tlh

encl

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | .49 |
| Certified Fee | 3.45 | |
| Return Receipt Fee (Endorsement Required) | 2.80 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  Timothy Wood
Street, Apt. No.; or PO Box No.  8101 FM 969
City, State, ZIP+4  Austin, TX 78724

# Danna Kirk Mayhall
## Attorney at Law

2116 Cedar Lane
Athens, Texas 75751
Email: dkmlaw93@gmail.com

Telephone: (903) 675-4529
Cell Phone: (903) 288-2223
Facsimile: (903) 642-0051



July 20, 2015

Timothy Dale Wood, TDCJ #01909950
Travis Jail
8101 FM 969
Austin, TX 78724

Re: SOT vs. Timothy Wood;
Cause No. 12-14-00045-CR

Dear Mr. Wood:

Enclosed please find the *Memorandum Opinion* and the *Judgement* in reference to the above cause.

If you have any questions or need any additional information, please feel free to contact our office.

Cordially Yours,

Tara Lynn Hogg

:tlh

encl.

